1
2
3
4

IN THE UNITED STATES DISTRICT COURT

5

FOR THE EASTERN DISTRICT OF CALIFORNIA

6
7

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00351 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE AND |
| v. | ) | ORDER THEREON |
| | ) | |
| | ) | Date:  November 24, 2008 |
| ROGELIO ESPINOZA-BAZA, | ) | Time:  9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

14
15

The parties have filed the following stipulation:

16
17

    IT IS HEREBY STIPULATED by and between the parties hereto and  through their respective

counsel, IAN GARRIQUES, Assistant United States Attorney, counsel for plaintiff, and DOUGLAS J.

BEEVERS, Assistant Federal Defender, counsel for defendant, ROGELIO ESPINOZA-BAZA, that the

Status Conference scheduled for November 10, 2008 may be continued to November 24, 2008 at 9:00

a.m., or the soonest date thereafter that is convenient to the court. **The date currently set for status**

**conference is November 10, 2008.  The requested new date is November 24, 2008.**

    The reason for this continuance is to allow counsel for defendant time for further preparation.

    The parties agree that the delay resulting from the continuance shall be excluded as necessary for

effective defense preparation pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

                                        McGREGOR W. SCOTT
                                        United States Attorney

28

1   DATED: November 6, 2008          By   /s/ Ian Garriques
2                                            IAN GARRIQUES
                                             Assistant U.S. Attorney
3                                            Attorney for Plaintiff

4                                            DANIEL J. BRODERICK
5                                            Federal Defender

6   DATED: November 6, 2008          By   /s/ Douglas J. Beevers
7                                         DOUGLAS J. BEEVERS
                                             Assistant Federal Defender
8                                            Attorney for Defendant
                                             Rogelio Espinoza-Baza
9

10

11

12                            **O R D E R**

13        **IT IS SO ORDERED.** The intervening period of delay is excluded in the interests of justice

14   pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

15

16

17   IT IS SO ORDERED.

18   **Dated:    November 7, 2008**                    /s/ Anthony W. Ishii
                                          CHIEF UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

                                          2