IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 1:08-cr-**00351** AWI |
| Plaintiff, | ) ) | |
| v. | ) ) | ORDER RE DEFENDANT'S MOTION TO DISQUALIFY COUNSEL |
| ROGELIO ESPINOZA-BAZA, | ) ) | |
| Defendant. | ) ) | |

On December 8, 2008, Defendant lodged a letter to the court, which the court construed, in part, as a motion to disqualify counsel. At the status conference held on December 8, 2008, the court allowed Defendant and his counsel, Assistant Federal Defender Douglas Beevers, to be heard on the matter. On December 12, 2008, Assistant Federal Defender Douglas Beevers filed his Federal Defender's Response to Defendant's Motion to Disqualify Counsel. Having considered all of the above, the court now finds that Defendant has failed to show good cause for the court to disqualify his present counsel.

THEREFORE, IT IS HEREBY ORDERED that Defendant's motion to disqualify counsel is DENIED.

IT IS SO ORDERED.

Dated:   **December 17, 2008**          **/s/ Anthony W. Ishii**
                                        CHIEF UNITED STATES DISTRICT JUDGE