1  LAWRENCE G. BROWN
   Acting United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, CA 93721
   Tel: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 1:08-cr-00351 AWI |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION TO CONTINUE MOTIONS SCHEDULE AND HEARING; ORDER |
| v. | ) ) | |
| ROGELIO ESPINOZA-BAZA, | ) ) ) | Date:  February 17, 2009 Time:  9:00 a.m. Judge: Hon. Anthony W. Ishii |
| Defendant. | ) ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that a new motions schedule for any response and reply filings be set as follows: any response to defendant's previously filed motion shall be filed by February 2, 2009, any reply shall be filed by February 9, 2009, and **the motions hearing now set for February 2, 2009, may be continued to February 17, 2009, at 9 a.m.**

The reason for the continuance is for further consideration of motions filed and potential plea negotiations between the parties. The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel may have reasonable time necessary for plea negotiations and preparation.

18 U.S.C. § 3161(h)(8)(B)(iv).  The parties stipulate and agree that the interests of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).  The parties agree that the delay from the continuance shall be excluded from the calculation of time under the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

Dated: January 15, 2009              Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney

                                By:  /s/ Ian L. Garriques
                                     IAN L. GARRIQUES
                                     Assistant U.S. Attorney


                                     DANIEL J. BRODERICK
                                     Federal Defender

Dated: January 15, 2009         By:  /s/ Doug Beevers
                                     DOUG BEEVERS
                                     Attorney for Defendant


**O R D E R**

The intervening period of delay shall be excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   January 16, 2009**              /s/ Anthony W. Ishii
                                     CHIEF UNITED STATES DISTRICT JUDGE