| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | DOUGLAS BEEVERS, USVI Bar #766 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | ROGELIO ESPINOZA-BAZA |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-CR-00351 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | SENTENCING HEARING; AND |
| v. | ) | ORDER THEREON |
| | ) | |
| ROGELIO ESPINOZA-BAZA, | ) | Date: August 3, 2009 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Anthony W. Ishii |
| | ) | |

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the sentencing hearing in the above-captioned matter now scheduled for June 29, 2009, **may be continued to August 3, 2009, at 9:00 a.m.**

The probation officer will need the full time period to complete a full report.  In addition, counsel for plaintiff and counsel for defendant are not available until August 3, 2009.

The requested continuance will conserve time and resources for both counsel and the court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                 McGREGOR M. SCOTT
                 United States Attorney

DATED: May 12, 2009     By /s/ Ian Garriques
                 IAN GARRIQUES
                 Assistant United States Attorney
                 Attorney for Plaintiff

                 DANIEL J. BRODERICK
                 Federal Defender

DATED: May 12, 2009     By /s/ Douglas Beevers
                 DOUGLAS BEEVERS
                 Assistant Federal Defender
                 Attorney for Defendant
                 ROGELIO ESPINOZA-BAZA

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated: May 13, 2009**        **/s/ Anthony W. Ishii**
                 CHIEF UNITED STATES DISTRICT JUDGE